IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERO MARINE INSURANCE LTD.,** : <br> as assignee/subrogee of FISHER & : <br> **PAYKEL APPLIANCES LTD.,** : <br>     **Plaintiff** : <br> : <br> **v.** : <br> : <br> **LANDSTAR RANGER, INC., TONY** : <br> **M. DEWEY, PARSON'S 24 HOUR** : <br> **TOWING, and HARRIS CAMDEN** : <br> **TERMINAL, INC.,** : <br>     **Defendants** : | **CIVIL ACTION NO. 1:07-CV-526** <br><br> **(Chief Judge Kane)** |

## ORDER

**WHEREAS** Timothy A. Parson, d/b/a Defendant Parson's 24 Hour Towing, has filed a motion to set aside entry of default (Doc. No. 13); **WHEREAS** this motion is unopposed (Doc. No. 15); **WHEREAS** the Court has reviewed the relevant facts and applicable law and has found it appropriate to set aside the clerk's entry of default, **IT IS HEREBY ORDERED THAT** Defendant Parson's motion (Doc. No. 13) is **GRANTED**.

                                                 S/ Yvette Kane
                                                 Yvette Kane, Chief Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania

Dated: July 25, 2007